Larry D. Simons CLS-B (CA Bar No. 179239)
larry@lsimonslaw.com
**LAW OFFICES OF LARRY D. SIMONS**
225 South Lake Avenue, Suite 300
Pasadena, California 91101
Telephone: 626.432.5406
Facsimile: 626.389.5607

Attorney for David and Virginia Shemanski, Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DAVID and VIRGINIA SHEMANSKI,<br><br>Debtor. | Case No. 2:10-bk-13898 VZ<br><br>Adv. Proc. No. 2:10-ap-01539 VZ<br><br>Chapter 13 |
| DAVID and VIRGINIA SHEMANSKI,<br><br>Plaintiff,<br><br>v.<br><br>ONEWEST BANK FSB fka INDYMAC BANK<br><br>Defendant, | **DECLARATION OF LARRY D. SIMONS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST ONWEST BANK FSB**<br><br>DATE: July 27, 2010<br>TIME: 11:00 a.m.<br>PLACE: CTRM 1368<br>Roybal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE VINCENT P. ZURZOLO AND DEFENDANT, ONEWEST BANK FSB:**

David and Virginia Shemanski, debtors/plaintiffs herein (the "Debtors") hereby submit the attached declaration of Larry D. Simons in support of their Motion for Default Judgment against Onewest Bank (the "Motion") regarding the binding of the Motion.

1

**DECLARATION OF LARRY D. SIMONS IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT AGAINST ONEWEST BANK**

I, Larry D. Simons declare:

1. I am the counsel of record for the Debtors in their underlying bankruptcy and the instant adversary proceeding. I am licensed to practice in the State of California and before this Court. I have personal knowledge of the facts contained herein and if called as a witness, I could and would testify competently thereto.

2. Pursuant to Local Rules, I served a copy of the Motion upon the Court and had it fastened by binder clips.

3. My office received a call on or around July 13, 2010 from Mrs. Johnson stating that the Judge's Copy of the Motion was not properly bound and that a new copy should be submitted pursuant to the Local Bankruptcy Rules.

4. I reviewed the applicable Local Bankruptcy Rules and Court Manual on the court's website. Section 2.5(b)(1)(G)(iii) of the Court Manual discusses assembly of the Judge's copy of papers not electronically filed. That subsection states that "A Judge's copy of multi-page documents must be fastened with a single staple in the upper lefthand corner **or otherwise bound**." (Emphasis Added).

5. As the Motion was over 100 pages, I did not have a stapler that could securely fasten the Motion. Accordingly, I bound it with binder clips in the top left hand corner in compliance with the Local Rules cited herein.

6. Based upon my reading of the Local Rules, it is my contention that the Judge's Copy of the Motion was properly bound and I hereby request that the Court grant the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 22, 2010 at Pasadena, California.

_____
Larry D. Simons

2

**DECLARATION OF LARRY D. SIMONS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST ONEWEST BANK**

| In re: | CHAPTER 13 |
|---|---|
| DAVID and VIRGINIA SHEMANSKI   Debtor(s). | CASE NUMBER  2:10-13898 VZ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

225 South Lake Avenue, Suite 300, Pasadena, CA 91101

The foregoing document described **DECLARATION OF LARRY D. SIMONS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST ONEWEST BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/22/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Nancy Curry, Chapter 13 Trustee: ecfnc@trustee13.com**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __7/22/10 VIA US MAIL__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Vincent Zurzolo, 255 East Temple Street, Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/22/10 | Larry D. Simons | /s/ Larry D. Simons |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                 F 9013-3.1